In the Supreme Court of Georgia

Decided:    January 21, 2014

S13A1894.  BUSCH et al. v. WEISS f/k/a BUSCH.

Per Curiam.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.